

## Garson, Segal, Steinmetz, Fladgate LLP

Robert Garson ◊
Thomas Segal ˆ
Michael Steinmetz ⋇ *
Chris Fladgate °

Kevin Murphy
John Lane
Stephen Greenwald
Timothy Kendal ◊
Ilan Ben Avraham ∇

Tel: +1 (212) 380-3623
Fax: +1 (347) 537-4540

Email: km@gs2law.com

Additional Bar Memberships
◊ England and Wales
ˆ Paris
* New Jersey
⋇ Patent Bar
° Victoria (Australia)
∇ Israel

December 17, 2015

Hon. Ronnie Abrams
United States District Judge
U.S. District Court for the Southern District of New York
40 Centre Street
New York, NY 10013

Re: Adar Bays, LLC v. Puget Technologies, Inc., et al.,
Case No. 15-CV-8860 (RA)

Your Honor:

We represent Plaintiff Adar Bays LLC in this matter. We write to oppose the Defendants request for an extension of time to respond to the amended complaint. Defendants fail to present good cause for leave to file.

Very truly yours,

Michael Steinmetz